NO. 07-05-0012-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 28, 2005

______________________________

ELOY MINJARES AND J & L BAIL BONDS, APPELLANTS

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT OF OCHILTREE COUNTY;

NO. 2358; HONORABLE KENNETH RAY DONAHUE, JUDGE

_______________________________

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

MEMORANDUM OPINION

On January 14, 2005, the clerk of this court received a copy of a Notice of Appeal  filed on behalf of appellants Eloy Minjares and J & L Bail Bonds.  By letter dated January 14, 2005, the clerk advised counsel for appellants that a 
filing fee had not been received
, 
see
 
Tex. R. App. P
. 5
.  The clerk’s letter likewise advised that 
failure to pay the filing fee
 may result in dismissal of the appeal.  
See
 
Tex. R. App. P
. 42.3(c). 

The filing fee has not been paid
.  Accordingly, this appeal is dismissed.  
Tex. R. App. P
. 42.3(c).

James T. Campbell

       Justice